WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Sowers,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Casualty Insurance Company, et al.,<br><br>    Defendants. | No. CV-19-04941-PHX-ESW<br><br>**ORDER** |

The Court has considered the Stipulation to Dismiss Generic Defendants and Amend Caption (Doc. 70). For good cause shown,

**IT IS ORDERED** granting the Stipulation to Dismiss Generic Defendants and Amend Caption (Doc. 70). Defendants John & Jane Does I-V, Black & White Partnerships, and ABC Corporations I-V are dismissed. The Clerk of Court shall terminate generic Defendants and amend the caption of the case to reflect Metropolitan Casualty Insurance Company as the sole Defendant.

Dated this 13th day of July, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge